AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| IVY REALTY SERVICES, LLC, and<br>IVY EQUITIES, LLC, Delaware<br>limited liability corporations<br><br>*Plaintiff(s)*<br>v.<br>IVY REALTY AND MANAGEMENT COMPANY, LLC,<br>a Florida limited liability corporation, and<br>MARTIN UGARTE and SANTIAGO J. SILVA, Florida<br>individuals<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 9:24-cv-81394-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Ivy Realty Management and Company, LLC
12300 South Shore Boulevard, Suite 214
Wellington, Florida 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Woodard
Cleo Suero
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/06/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IVY REALTY SERVICES, LLC, and<br>IVY EQUITIES, LLC, Delaware<br>limited liability corporations<br><br>*Plaintiff(s)*<br>v.<br>IVY REALTY AND MANAGEMENT COMPANY, LLC,<br>a Florida limited liability corporation, and<br>MARTIN UGARTE and SANTIAGO J. SILVA, Florida<br>individuals<br>*Defendant(s)* | Civil Action No. 9:24-cv-81394-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Martin Ugarte
121 Crandon Boulevard, Apt. 359
Key Biscayne, Florida 33149
or
1240 San Remo Avenue
Coral Gables, Florida 33146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jonathan Woodard
Cleo Suero
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/06/2024



Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| IVY REALTY SERVICES, LLC, and IVY EQUITIES, LLC, Delaware limited liability corporations<br><br>*Plaintiff(s)*<br><br>v.<br><br>IVY REALTY AND MANAGEMENT COMPANY, LLC, a Florida limited liability corporation, and MARTIN UGARTE and SANTIAGO J. SILVA, Florida individuals<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-81394-RLR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Santiago Silva
1396 Northamton Terrace
West Palm Beach, Florida 33414

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Jonathan Woodard
Cleo Suero
MALLOY & MALLOY, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/06/2024

*CLERK OF COURT*

Angela E. Noble
Clerk of Court

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts